**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF KANSAS**

| | |
|---|---|
| MELVIN SMITH ) | |
| DANIEL ASKEW, and ) | |
| ANTONIO PEAD, ) | |
|           ) | |
|           Plaintiffs, ) | |
|           ) | |
| v.        ) | Case No. 2:20-cv-02321-JWB-TJJ |
|           ) | |
| FRITO-LAY, INC., ) | |
|           ) | |
|           Defendant. ) | |

**JOINT STIPULATION OF DISMISSAL OF PLAINTIFF MELVIN SMITH**
**CLAIMS AGAINST DEFENDANT FRITO-LAY, INC.**
**WITH PREJUDICE**

COMES NOW, Plaintiff Melvin Smith and Defendant Frito-Lay, Inc., by and through their respective counsel of record and Pursuant to Fed. R. Civ. P. 41(a)(1)(A(ii) and hereby stipulate to the dismissal of Plaintiff Melvin Smith's claims against Defendant Frito-Lay, Inc. in their entirety, with prejudice, and with each party to bear its own attorneys' fees and costs.

*Respectfully Submitted,*

| | |
|---|---|
| **SEYFERTH BLUMENTHAL & HARRIS LLC** | **HOLMAN SCHIAVONE, LLC,** |
| | */s/ Tiffany B. Klosener* |
| /s/ Charlie J. Harris, Jr. | Tiffany B. Klosener |
| Charlie J. Harris, Jr. | 4600 Madison Avenue, Suite 810 |
| Linda A. Adeniji | Kansas City, Missouri 64112 |
| 4801 Main Street, Suite 310 | Telephone: (816) 283-8738 |
| Kansas City, Missouri 64112 | Facsimile: (816) 283-8739 |
| (816) 756-0700 (Telephone) | Email:  tklosener@hslawllc.com |
| (816) 756-3700 (Facsimile) | |
| charlie@sbhlaw.com | **HKM EMPLOYMENT ATTORNEYS LLP** |
| linda@sbhlaw.com | |
| melesa@sbhlaw.com | John J. Ziegelmeyer, III |
| **ATTORNEYS FOR DEFENDANT** | 1501 Westport Road |
| **FRITO-LAY, INC.** | Kansas City, Missouri 64111 |
| | Telephone: (816) 875-3332 |
| | Email: jziegelmeyer@hkm.com |
| | **ATTORNEYS FOR PLAINTIFF** |